UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREEK FARMS INTERNATIONAL, LLC,

          Plaintiff,

- against -

BLUE STAR NYC ENTERPRISES, LLC,

          Defendant.

**ORDER**

21 Civ. 7137 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference in this action previously scheduled for November 18, 2021 is adjourned <u>sine die</u>. It is further ordered that Plaintiffs – who obtained a certificate of default against Defendant Blue Star NYC Enterprises, LLC, on October 4, 2021 (<u>see</u> Dkt. No. 13) – shall move for default in accordance with this Court's Individual Rules of Practice in Civil Cases by **December 17, 2021**.

Dated: New York, New York
       November 17, 2021

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge