UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEK FARMS INTERNATIONAL, LLC, | Civil Case No.: 1:21-cv-07137-PGG |
| *Plaintiff*, | |
| -v- | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| BLUE STAR NYC ENTERPRISES, LLC | |
| *Defendant*. | |

**PLEASE TAKE NOTICE** that Eleni Melekou hereby withdraws as counsel for Plaintiff Greek Farms International, LLC in this matter, since she is no longer an associate of Pardalis & Nohavicka, LLP. The remaining attorneys of record for Plaintiff will continue to serve as counsel for Plaintiff.

FURTHER, it is hereby requested that the Clerk terminate CM/ECF notices as to Ms. Melekou for this action.

Dated: New York, New York
January 12, 2022

Respectfully Submitted,

/s/ *Eleni Melekou*
Eleni Melekou, Esq. (Bar No. 5713995)
CURRAN ANTONELLI, LLP
One World Trade Center
Suite 8500
Tel: (617) 207 8670
Fax: (617) 850 9001
Email: emelekou@curranantonelli.com

To:   All counsel of Record (Via ECF)

1

*CERTIFICATE OF SERVICE*

    Eleni Melekou, an attorney duly admitted to practice before this court, certifies that on January 12, 2022, she caused to be electronically filed with the Court and served via ECF upon all counsel of record, the Motion to Withdraw as Counsel for Plaintiff.

                                    Respectfully,

                                   /s/Eleni Melekou
                                   Eleni Melekou, Esq.