UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREEK FARMS INTERNATIONAL, LLC,

           Plaintiff,

- against -

BLUE STAR NYC ENTERPRISES, LLC,

           Defendant.

**ORDER**

21 Civ. 7137 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated at today's conference, Defendant's motion to vacate the Clerk's certificate of default (Dkt. No. 15) is granted. The Clerk of Court is directed to terminate the motion (Dkt. No. 15).

Dated: New York, New York
       February 24, 2022

                          SO ORDERED.

                          _____
                          Paul G. Gardephe
                          United States District Judge